# UNITED STATE DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, and ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:26-cv-00571 |
| WIREGRASS CONSTRUCTION COMPANY, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFFS' NOTICE OF
## LODGING OF CONSENT DECREE

Plaintiffs the United States of America ("United States") and the State of Alabama, by and through the Alabama Department of Environmental Management, hereby notify the Court that they are lodging a proposed Consent Decree which, if approved, would resolve all of the claims asserted by Plaintiffs in this litigation.

Plaintiffs respectfully request that the Court withhold consideration of the proposed Consent Decree while the United States provides an opportunity for public comment pursuant to 28 C.F.R. § 50.7.  The Department of Justice will publish a notice in the Federal Register stating that the Decree has been lodged with the Court.  The notice will solicit public comment for a period of 30 days.

During the comment period described above, no action is required of the Court as to the proposed Consent Decree.  After the comment period has closed, the United States will evaluate

any comments it receives and advise the Court as to whether the Plaintiffs request that the Court

enter the proposed Consent Decree.

DATED: July 14, 2026                      Respectfully submitted,

                                          ADAM R. F. GUSTAFSON

                                          Acting Assistant Attorney
                                          General United States
                                          Department of Justice
                                          Environment and Natural Resources Division

                                          */s Martha C. Mann*
                                          MARTHA C. MANN
                                          *Assistant Section Chief*
                                          United States Department of Justice
                                          Environment and Natural Resources
                                          Division Environmental Defense Section
                                          P.O. BOX 7611
                                          Washington, DC 20044-7611
                                          martha.mann@usdoj.gov
                                          (202) 353-5900


                                          Of counsel:


                                          PAUL SCHWARTZ
                                          Associate Regional Counsel
                                          United States Environmental Protection Agency,
                                          Region 4 Atlanta, GA

                                          MELISSA RAACK
                                          Attorney-Advisor
                                          United States Environmental Protection
                                          Agency Office of Enforcement and
                                          Compliance Assurance Washington, DC


                                          *Counsel for Plaintiff United States of America*

ANTHONY TODD CARTER
(AL Bar ID  No. 2609-R45A)
General Counsel
Alabama Department of Environmental
 Management
1400 Coliseum Boulevard
Montgomery, Alabama  36110
Telephone: 334-271-7855


 /s/ *Carrie Blanton*
CARRIE BLANTON
(AL Bar ID No. 1198-I70T)
Assistant Attorney General
Alabama Department of Environmental
 Management
1400 Coliseum Boulevard
Montgomery, Alabama  36110


*Counsel for Alabama Department of Environmental Management*